AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Christopher Michael Downs
Joe D. Buttry

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between on or about 7/6/18 through 7/20/18  in the county of _____ in the
_____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Christopher Michael Downs, and Joe D. Buttry did knowingly distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including computer. |
| 18 U.S.C. § 2252(a)(2) & (b)(1) | Christopher Michael Downs, and Joe D. Buttry did knowingly conspire together and with Daniel A. Nickelson, Jr., and Lucas W. Cane, along with others to knowingly distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☒ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Christopher Ford
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state:  Washington, D.C.  Robin Meriweather, United States Magistrate Judge
Printed name and title